JANUARY 27, 1986

No. 85–616.   SHARON STEEL CORP. *v.* CITY OF FAIRMONT, WEST VIRGINIA, ET AL.   Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.   JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 85–871.   WILLARDO *v.* INDIANA.   Appeal from Ct. App. Ind. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–967.   SMITH ET UX. *v.* UNITED STATES ET AL.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5786.   DAVIS *v.* FIRST STATE BANK.   Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–193.   U. S. TRUST CORP. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Board of Governors of Federal Reserve System* v. *Dimension Financial Corp., ante,* p. 361.

No. 85–833.   CHULA VISTA CITY SCHOOL DISTRICT ET AL. *v.* BENNETT, SECRETARY OF EDUCATION.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to transfer the case pursuant to 28 U. S. C. § 1631 to the United States Court of Appeals for the Federal Circuit.   See 28 U. S. C. § 1295(a)(2).

No. ––––.   PESCOSOLIDO ET AL. *v.* SECRETARY OF AGRICULTURE.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.